United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Thomas G. Bruton
Clerk of Court

# Document Deficiency Notice

---

**Case Number:** 1:25-cv-14504 **Judge:** Harjani

**Document Description:** Reply in Support of Emergency Motion (Pt.2)

This submission was delivered to the Clerk's Office by ☐ Mail ☐ Intake Counter ☐ Dropbox ☑ Pro Se Portal

The party is advised that the document appeared not to be in compliance with a federal rule, local rule, or local procedure as indicated below.

- ☐ The pleading was not signed (Fed. R. Civ. Pro. 11)
- ☐ The required notice time on the notice of motion is not sufficient (LR 5.3)
- ☐ Formatting noncompliance (LR 5.2)
- ☐ The brief is in excess of 15 pages (LR 7.1)
- ☐ The attached document was submitted in paper form by an attorney who is a registered e-filer (Fed. R. Civ. Pro. 5(d)(3)(A); LR 5.2(a))
- ☐ No fee payment or IFP submitted
- ☑ No case information on the document
- ☐ Incorrect file format submitted
- ☐ Document(s) submitted is/are marked to be filed under seal
- ☐ Multiple documents were submitted and separated by Clerk's staff
- ☐ The presentment date on the notice of motion does not match with the date on your schedule
- ☐ Exhibits submitted separately
- ☐ Other:

Deputy Clerk: M. Vesely Date: 07/27/2026